Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEANNE WEINBERG**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**CLARIENT, INC.**, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:17-cv-01144-JAK-PLA<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 5th day of April, 2017.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Filed electronically on this 5th day of April, 2017, with:

**United States District Court CM/ECF system**

And hereby served upon all parties

Notification sent on this 5th day of April, 2017, via the ECF system to:

Honorable John Kronstadt
United States District Court
Central District of California

Kevin S. Asfour
Kevin.asfour@klgates.com
K&L Gates LLP
10100 Santa Monica Boulevard, 8th Flr.
Los Angeles, CA 90067

Irene C. Freidel
Irene.freidel@klgates.com
Jennifer J. Nagle
Jennifer.nagle@klgates.com
K&L Gates LLP
State Street Financial Center
Boston, MA 02111

This 5th day of April, 2017.
By: s/Todd M. Friedman
     Todd M. Friedman